12-Person Jury
Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab=12
Court Date: 10/22/2025 9:30 AM

FILED
8/22/2025 1:01 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L010609
Calendar, X
34138375

FILED DATE: 8/22/2025 1:01 PM 2025L010609

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| STEVEN WILLIAMS, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. |
| | ) | |
| FEDERAL EXPRESS CORPORATION, d/b/a FEDEX EXPRESS, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

**COMPLAINT AT LAW**

NOW COMES Plaintiff, STEVEN WILLIAMS, II, by and through his attorneys, POWER ROGERS, LLP, complaining of Defendant FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, pleading hypothetically and in the alternative, and in support of said Complaint, Plaintiff states the following:

**COUNT I**

1. On or about January 16, 2024, and at all times relevant, Interstate 294 was a public highway running generally in a north and south direction at or near Mile Post 38.5, in Leyden Township, County of Cook, State of Illinois.

2. On or about January 16, 2024, and at all times relevant, STEVEN WILLIAMS, II was the owner and operator of a 2007 Kia Spectra, with Illinois license plate # G902408.

3. On or about January 16, 2024, and at all times relevant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS was a foreign corporation transacting business and doing business in and around Cook County, Illinois.

4. On or about January 16, 2024, and at all times relevant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS owned a Semi-Trailer with an Oregon Heavy Vehicle Trailer plate: HV 09998.

**EXHIBIT 1**

* 5 0 5 2 9 6 3 7 *

FILED DATE: 8/22/2025 1:01 PM 2025L010609

5. On or about January 16, 2024, and at all times relevant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS maintained a Semi-Trailer with an Oregon Heavy Vehicle Trailer plate: HV 09998.

6. On or about January 16, 2024, and at all times relevant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS by and through its agents and/or employees, operated a power unit pulling a Semi-Trailer with an Oregon Heavy Vehicle Trailer license plate: HV 09998.

7. Defendant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS is a global logistics and transportation company.

8. On or about January 16, 2024, and at all times relevant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, by and through its agents and/or employees, was operating a vehicle consisting of a tractor/power unit with semi-trailer southbound on I-294.

9. On or about January 16, 2024, and at all times relevant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, was operating a vehicle which included a:

(a) Tractor it owned;
(b) Tractor it leased;
(c) Tractor it operated;
(d) Tractor it maintained;
(e) Trailer it owned;
(f) Trailer it leased;
(g) Trailer it operated;
(h) Trailer it maintained;

10. On or about January 16, 2024, and at all times relevant herein, the Defendant, operated, guided, and controlled the tractor with semi-trailer that was owned and maintained by the Defendant FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS.

* 5 0 5 2 9 6 3 7 *

FILED DATE: 8/22/2025 1:01 PM 2025L010609

11. On or about January 16, 2024, the aforesaid tractor with semi-trailer was travelling southbound on I-294 at milepost 38.5.

12. On or about January 16, 2024, and at all times relevant, STEVEN WILLIAMS, II was operating his 2007 Kia Spectra southbound on Interstate 294.

13. On or about January 16, 2024, and at all times relevant herein, the Defendant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, by and through its agent and/or employee, attempted to make a lane change.

14. On or about January 16, 2024, and at all times relevant herein, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS tractor with a semi-trailer, collided with the rear of the 2007 Kia Spectra being operated by STEVEN WILLIAMS, II.

15. On or about January 16, 2024, and at all times relevant herein, the FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS tractor with a semi-trailer being operated by Defendant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, by and through its agent and/or employee, did not reduce its speed to avoid colliding with the 2007 Kia Spectra being operated by STEVEN WILLIAMS, II.

16. On or about January 16, 2024, and at all times relevant herein, Defendant FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, by and through its agent and/or employee, did not take evasive action to avoid colliding with the 2007 Kia Spectra being operated by STEVEN WILLIAMS, II.

17. On or about January 16, 2024, and at all times relevant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, by and through its agent and/or employee, was operating a vehicle which included a tractor and semi-trailer identified herein, for purposes of collectively working to transport goods intermodally from one location to another for income and/or profit.

* 5 0 5 2 9 6 3 7 *

FILED DATE: 8/22/2025 1:01 PM 2025L010609

18. On or about January 16, 2024, and at all times relevant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, entered into contracts and/or agreements for the intermodal pick-up and/or transportation of goods by vehicle which included the tractor and semi-trailer identified herein.

19. On or about January 16, 2024, and at all times relevant, the Motor Carrier Safety Regulations define "Motor Carrier" as a for-hire motor carrier or a private motor carrier; including a motor carrier's agents, officers and representatives as well as employees responsible for hiring, supervising, training, assigning, or dispatching of drivers and employees concerned with the installation, inspection, and maintenance of motor vehicle equipment and/or accessories; this definition includes the term employer. 49 C.F.R. §390.5.

20. On or about January 16, 2024, and at all times relevant, the Motor Carrier Safety Regulations define "Motor Vehicle" as any vehicle, machine, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used upon the highways in the transportation of passengers or property, or any combination thereof determined by the Federal Motor Carrier Safety Administration. 49 C.F.R. §390.5.

21. On or about January 16, 2024, and at all times relevant, the Motor Carrier Safety Regulations define an "Employer" as any person engaged in a business affecting interstate commerce who owns or leases a commercial motor vehicle in connection with that business, or assigns employees to operate it. 49 C.F.R. §390.5.

22. On January 16, 2024, and at all times relevant, the Motor Carrier Safety Regulations define an "Employee" as any individual, other than an employer, who is employed by an employer and who in the course of his or her employment directly affects commercial motor vehicle safety. Such term includes a driver of a commercial motor vehicle (including an

* 5 0 5 2 9 6 3 7 *

FILED DATE: 8/22/2025 1:01 PM 2025L010609

independent contractor while in the course of operating a commercial motor vehicle). 49 C.F.R. §390.5.

23. On or about January 16, 2024, and at all times relevant herein, the FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS vehicle was a semi-trailer and therefore a motor vehicle as defined by the Motor Carrier Safety Regulations.

24. On or about January 16, 2024, and at all times relevant herein, Defendant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, owned a commercial motor vehicle involved in this occurrence, namely the semi-trailer as defined by the Motor Carrier Safety Regulations.

25. As a motor carrier, Defendant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, had a duty to require observance by its drivers of all duties or prohibitions set forth in the Motor Carrier Safety Regulations. 49 C.F.R. §390.11.

26. On or about January 16, 2024, and at all times relevant herein, Defendant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, by and through its agent and/or employee, had a duty to exercise ordinary care to avoid the collision, which created a reasonable and imminent risk of serious bodily injury or death to others including STEVEN WILLIAMS, II.

27. On or about January 16, 2024, and at all times relevant herein, Defendant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, by and through its agent and/or employee, had a duty to see and observe vehicles which he or she should have seen, or which were obviously visible in the roadway.

28. On January 16, 2024, and at all times relevant herein, Defendant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, by and through its agent and/or employee, had a duty to obey the statutes and laws of the State of Illinois.

* 5 0 5 2 9 6 3 7 *

FILED DATE: 8/22/2025 1:01 PM 2025L010609

29. Notwithstanding said duties, Defendants, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS by and through its agent and/or employee, was guilty of one or more of the following acts and/or omissions:

a. Failed to keep a safe and proper lookout; or

b. Failed to give audible warning of the approach of said motor vehicle, contrary to and in violation of 625 ILCS 5/12-601; or

c. Failed to decrease speed so as to avoid any collision with Plaintiff's vehicle, despite the fact that said person was clearly visible, contrary to and in violation of 625 ILCS 5/11-601, and IC 9-21-5-1; or

d. Carelessly and negligently operated the subject vehicle at an excessive rate of speed for the circumstances then existing, contrary to and in violation of 625 ILCS 5/11-601, IC 9-21-5-1, and 49 C.F.R. §392.14, adopted by reference in IC 8-2.1-24-18(a) and 625 ILCS 5/18b-105; or

e. Failed to obey the traffic laws of the State of Illinois in violation of 625 ILCS 5/11-202; or

f. Failed to use due care when operating the subject vehicle so as to avoid any collision with other vehicles legally on the roadway; or

g. Failed to take proper evasive action in order to avoid colliding with the vehicle being operated by STEVEN WILLIAMS, II; or

h. Carelessly and negligently operated the subject vehicle; or

i. Was otherwise negligent.

30. As a proximate result of one or more of the aforesaid acts and/or omissions of FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, by and through its agent and/or employee, breached one or more of the aforementioned duties, resulting in the Plaintiff, STEVEN WILLIAMS, II, sustaining serious injuries, physical disability and permanent impairment; conscious past and present pain and suffering, which will continue to be suffered in the future; they have been kept from attending to their ordinary affairs; and has become liable for past, present and future medical expenditures.

* 5 0 5 2 9 6 3 7 *

FILED DATE: 8/22/2025 1:01 PM 2025L010609

WHEREFORE, Plaintiff STEVEN WILLIAMS, II, prays for judgment against the Defendant, FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

By: */s/ Jonathan M. Thomas*
Attorney for Plaintiff

No. 65400
Jonathan M. Thomas
POWER ROGERS, LLP
70 West Madison Street | Suite 5500
Chicago, Illinois 60602-4212
(312) 236-9381
jthomas@powerrogers.com

* 5 0 5 2 9 6 3 7 *

FILED DATE: 8/22/2025 1:01 PM 2025L010609

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

STEVEN WILLIAMS, II, )
)
Plaintiff, )
) No.
-vs.- )
) Jury Demand
FEDERAL EXPRESS CORPORATION d/b/a )
FEDEX EXPRESS, )
)
Defendant. )

## AFFIDAVIT

NOW comes Affiant, Jonathan M. Thomas, and being first duly sworn on oath, deposes and states:

1. He is one of the attorneys representing the Plaintiff in the above cause.

2. He is familiar with the facts in the above cause.

3. He has reviewed the available information relating to the money damages in the above matter.

4. Based upon information and belief, the total money damages sought in the above cause are worth in excess of Fifty Thousand Dollars ($50,000.00).

Jonathan M. Thomas

SUBSCRIBED AND SWORN TO
Before me this 22 day
of August, 2025.

Notary Public

Official Seal
DONNA LYNN SYMANSKI
Notary Public, State of Illinois
Commission No. 909125
My Commission Expires March 6, 2028